# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2013

### NO. 03-12-00829-CV

**John Rady, Appellant**

**v.**

**Elizabeth Boulton; Sand Canyon Corporation; Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2006-3, Asset Backed Certificates, Series 2006-3; and American Home Mortgage Servicing, Inc., Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

**IT APPEARING** to this Court that the appellant has failed to file a brief or to respond to this Court's notice, and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. It **FURTHER** appearing that the appellant is indigent and unable to pay costs relating to this appeal, that no adjudication as to costs is made; and that this decision be certified below for observance.